UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL JACOB WEBB, | : |
| Petitioner, | : Civ. No. 15-0138 (RBK) |
| v. | : |
| | : **MEMORANDUM AND ORDER** |
| JORDAN HOLLINGSWORTH, | : |
| Respondent. | : |

Petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 while he was incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. Petitioner challenges how the Federal Bureau is executing his sentence in his habeas petition. It has come to the attention of the Court that petitioner was released from federal incarceration on June 12, 2015. *See http://www.bop.gov/inmateloc/* (last visited on February 5, 2016).

As of today's date, petitioner has not updated the Court with his new address in violation of Local Civil Rule 10.1 as his current address on record in this case remains F.C.I. Fort Dix. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case.

Accordingly, IT IS this  8th  day of February, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for petitioner's failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge